```
                                          FILED
                                      07 JUL 23 AM 9:47
                                   CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                   BY              DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 92 CR 0365-H |
| Plaintiff, | |
| vs. | **ORDER EXONERATING CRIMINAL BOND** |
| MARIO ESPINDOLA, | |
| Defendant. | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 746 West 11th Street, Merced, CA 95340, be released and reconveyed to Juan Perez Rodriguez, c/o First American Title Company, 139 West El Portal, Suite D, Merced, CA 95348.

IT IS SO ORDERED.

DATED: 7/20/07

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT